# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CV 7411 | **DATE** | 9/22//2009 |
| **CASE TITLE** | MSTG, Inc. v. Research In Motion Ltd | | |

**DOCKET ENTRY TEXT:**

Motion hearing held on 9/22/2009 regarding [111]. Motion for entry of protective order [111] is granted. The parties are advised to adhere and follow Local Rule 5.8 when filing documents under seal pursuant to this protective order. Further, Local Rule 26.2 (and in particular 26.2(g)) shall apply unless otherwise ordered by this Court. Absent a motion from a party, sealed documents will be returned to the filer after closing of the case as stated in L.R. 26.2(g). If the documents are not retrieved as indicated in the Local Rule, the Clerk will have the authority to destroy them.
ENTER PROTECTIVE ORDER

■ [ For further detail see attached order.]     Docketing to mail notices

00:02

| | Courtroom Deputy Initials: | pamf |
|---|---|---|