IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MSTG, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 7411 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION LIMITED, | ) | Honorable David H. Coar |
| APPLE INC., UNITED STATES | ) | Magistrate Judge Mason |
| CELLULAR CORPORATION d/b/a | ) | |
| U.S. CELLULAR, CELLCO | ) | |
| PARTNERSHIP d/b/a VERIZON | ) | |
| WIRELESS, and AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF NOTICE OF STIPULATED
DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. 41(a)(1)**

Plaintiff, MSTG, Inc. ("MSTG"), and defendant Apple Inc. ("Apple"), jointly move this Court to enter the Proposed Stipulated Dismissal without Prejudice that is attached to this motion as Exhibit A. The parties are filing this motion and seeking dismissal pursuant to a settlement agreement.

MSTG and Apple therefore respectfully ask this Court to enter the attached and dismiss the claims between MSTG and Apple without prejudice.

Dated: November 25, 2009

*/s/ Christopher J. Lee*
Raymond P. Niro (rniro@nshn.com)
Christopher J. Lee (clee@nshn.com)
David J. Mahalek (mahalek@nshn.com)
Douglas M. Hall (dhall@nshn.com)
Joseph A. Culig (culig@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
***Attorneys for Plaintiff MSTG, Inc***

*/s/ Kenneth H. Bridges*
Kenneth H. Bridges (kbridges@wongcabello.com)
Tom Mavrakakis (mav@wongcabello.com)
Michael T. Pieja (mpieja@wongcabello.com)
Brian C. Kwok (bkwok@wongcabello.com)
Wong, Cabello, Lutsch, Rutherford, & Brucculeri
540 Cowper Street
Palo Alto, CA 94301
(650) 681-4478
**Attorneys for Apple Inc.**

.

# CERTIFICATE OF SERVICE

I hereby certify that on, November 25, 2009, I electronically filed the foregoing **AGREED MOTION FOR ENTRY OF NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE UNDER FED.R.CIV.P. 41(a)(1)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants.

Linda S. DeBruin (ldebruin@kirkland.com)
William E. Devitt (wdevitt@kirkland.com)
Christopher R. Liro (cliro@kirkland.com)
Aaron Lorber (alorber@kirkland.com)
James B. Medek (jmedek@kirkland.com)
Meredith Zinanni
(meredith.zinanni@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:  312-861-2000
Fax:  312-861-2200
***Attorneys for Research in Motion Limited***

Herbert H. Finn (finnh@gtlaw.com)
Richard D. Harris (harrisr@gtlaw.com)
James J. Lucas (lucasj@gtlaw.com)
Kevin J. O'Shea (osheak@gtlaw.com)
Howard E. Silverman
(silvermanh@gtlaw.com)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL  60601
Telephone:  312-456-8427
Fax:  312-456-8435
***Attorneys for Cellco Partnership d/b/a Verizon Wireless***

Richard J. O'Brien (robrien@sidley.com)
Rachel D. Sher (rsher@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  312-853-7000
Fax:  853.7036
***Attorneys for U.S. Cellular Corporation d/b/a/ U.S. Cellular***

David T. Pritikin (dpritikin@sidley.com)
Douglas I. Lewis (dilewis@sidley.com)
Laura L. Donoghue (ldonoghue@sidley.com)
Nabeel U. Khan (nkhan@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603
Telephone:  312-853-7000
Fax:  853.7036
***Attorneys for Apple, Inc. and AT&T Mobility, LLC***

Kenneth H. Bridges
(kbridges@wongcabello.com)
Tom Mavrakakis (mav@wongcabello.com)
Michael T. Pieja (mpieja@wongcabello.com)
Brian C. Kwok (bkwok@wongcabello.com)
Wong, Cabello, Lutsch, Rutherford, & Brucculeri
540 Cowper Street
Palo Alto, CA  94301
Telephone: (650) 681-4478
Fax:  (650) 473-9832
***Attorneys for Apple Inc.***

*/s/ Christopher J. Lee*