IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MSTG, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08 C 7411 |
| | ) | |
| v. | ) | |
| | ) | |
| RESEARCH IN MOTION LIMITED, | ) | Honorable David H. Coar |
| UNITED STATES CELLULAR | ) | Magistrate Judge Mason |
| CORPORATION d/b/a | ) | |
| U.S. CELLULAR, CELLCO | ) | |
| PARTNERSHIP d/b/a VERIZON | ) | |
| WIRELESS, and AT&T MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO DISMISS

Plaintiff and Counterclaim-Defendant, MSTG, Inc. ("MSTG"), and Defendant and Counterclaim-Plaintiff, Research In Motion Limited ("RIM"), have settled MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG in this case.

NOW, THEREFORE, MSTG and RIM, through their attorneys of record, jointly request this Court to dismiss MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG, with prejudice and with all attorneys' fees, costs and expenses to be borne by the party incurring same.

A Proposed Order of Dismissal is being submitted to the Court contemporaneously herewith.

Dated: July 13, 2010　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ Christopher J. Lee*
　　　　　　　　　　　　　　　　　　　Raymond P. Niro (rniro@nshn.com)
　　　　　　　　　　　　　　　　　　　Christopher J. Lee (clee@nshn.com)
　　　　　　　　　　　　　　　　　　　Dina M. Hayes (hayes@nshn.com)
　　　　　　　　　　　　　　　　　　　David J. Mahalek (mahalek@nshn.com)
　　　　　　　　　　　　　　　　　　　Robert A. Conley (rconley@nshn.com)
　　　　　　　　　　　　　　　　　　　Joseph A. Culig (culig@nshn.com)
　　　　　　　　　　　　　　　　　　　NIRO, HALLER & NIRO
　　　　　　　　　　　　　　　　　　　181 West Madison Street, Suite 4600
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　Tel: (312) 236-0733
　　　　　　　　　　　　　　　　　　　Fax: (312) 236-3137
　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff MSTG, Inc.**


　　　　　　　　　　　　　　　　　　　*/s/ William E. Devitt*
　　　　　　　　　　　　　　　　　　　Linda S. DeBruin (ldebruin@kirkland.com)
　　　　　　　　　　　　　　　　　　　William E. Devitt (wdevitt@kirkland.com)
　　　　　　　　　　　　　　　　　　　Christopher R. Liro (cliro@kirkland.com)
　　　　　　　　　　　　　　　　　　　Aaron Lorber (alorber@kirkland.com)
　　　　　　　　　　　　　　　　　　　James B. Medek (jmedek@kirkland.com)
　　　　　　　　　　　　　　　　　　　Meredith Zinanni (mzinanni@kirkland.com)
　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　300 North LaSalle Street
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　Tel: (312) 861-2000
　　　　　　　　　　　　　　　　　　　Fax: (312) 861-2200
　　　　　　　　　　　　　　　　　　　**Attorneys for Research in Motion Limited**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **JOINT MOTION TO DISMISS** was filed with the Clerk of the Court on July 13, 2010 using the CM/ECF system, which will send notification of such filing to the following counsel of record at their email address on file with the Court.

Linda S. DeBruin (ldebruin@kirkland.com)
William E. Devitt (wdevitt@kirkland.com)
Christopher R. Liro (cliro@kirkland.com)
Aaron Lorber (alorber@kirkland.com)
James B. Medek (jmedek@kirkland.com)
Meredith Zinanni (mzinanni@kirkland.com)
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: 312-861-2000
Fax: 312-861-2200
***Attorneys for Research in Motion Limited***

Herbert H. Finn (finnh@gtlaw.com)
Richard D. Harris (harrisr@gtlaw.com)
James J. Lukas (lukasj@gtlaw.com)
Kevin J. O'Shea (osheak@gtlaw.com)
Howard E. Silverman (silvermanh@gtlaw.com)
Eric J. Maiers (maierse@gtlaw.com)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8427
Fax: 312-456-8435
***Attorneys for Cellco Partnership d/b/a Verizon Wireless***

Richard J. O'Brien (robrien@sidley.com)
Rachel D. Sher (rsher@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Fax: 312-853-7036
***Attorneys for U.S. Cellular Corporation d/b/a/ U.S. Cellular***

David T. Pritikin (dpritikin@sidley.com)
Douglas I. Lewis (dilewis@sidley.com)
Laura L. Donoghue (ldonoghue@sidley.com)
Nabeel U. Khan (nkhan@sidley.com)
Lisa A. Schneider (lschneider@sidley.com)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Fax: 312-853-7036
***Attorneys for AT&T Mobility, LLC***

                                                    */s/ Christopher J. Lee*