# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7411 | **DATE** | 7/14/2010 |
| **CASE TITLE** | MSTG, Inc. Vs. Research in Motion Limited | | |

**DOCKET ENTRY TEXT**

Joint  MOTION by Plaintiff MSTG, Inc., Counter Defendant MSTG, Inc. to dismiss [180] is granted. MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG are dismissed with prejudice. All attorneys' fees, costs and expenses shall be borne by the party incurring same. Research in Motion Limited, terminated in all respects. Enter order of dismissal with prejudice.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|