IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MSTG, INC., | ) |
| Plaintiff, | ) Civil Action No. 08 C 7411 |
| v. | ) |
| RESEARCH IN MOTION LIMITED, UNITED STATES CELLULAR CORPORATION d/b/a U.S. CELLULAR, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, and AT&T MOBILITY LLC, | ) Honorable David H. Coar<br>) Magistrate Judge Mason |
| Defendants. | ) |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff and Counterclaim-Defendant, MSTG, Inc. ("MSTG"), and Defendant and Counterclaim-Plaintiff, Research In Motion Limited ("RIM"), announced to the Court that they have settled MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG in this case. MSTG and RIM have therefore requested that the Court dismiss MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG, with prejudice and with all attorneys' fees, costs and expenses borne by the party incurring same. The Court, having considered this request, is of the opinion that the request for dismissal should be granted.

IT IS THEREFORE ORDERED that MSTG's claims for relief against RIM and RIM's counterclaims for relief against MSTG are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs and expenses shall be borne by the party incurring same.

SO ENTERED:

/s/David H. Coar

Dated: July 14, 2010

David H. Coar,
United States District Judge