# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 7411 | **DATE** | 9/3/2010 |
| **CASE TITLE** | MSTG, Inc. vs. AT&T Mobility LLC | | |

**DOCKET ENTRY TEXT**

The disputed terms of Claims 1 and 4 of U.S. Patent No.5,920,551; Claims 1, 2, and 3 of U.S. Patent No. 6,198, 936; and Claims 1 and 2 of U.S. Patent No. 6,438,113 are construed as set forth below.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

### The '551 Patent

"burst pilot(s)": sequence(s) of coded signals for synchronization or reference purposes [Claims 1 and 4]

"asynchronously transmit": send at different times in relation to one another so there is no overlap [Claim 1]

"burst time information": information transmitted from the mobile stations to the base station in order to extract timing, synchronization, and phase information [Claim 1]

"transmitted within predetermined time slots so as to be staggered": sent within time intervals determined prior to transmission so as not to overlap [Claim 1]

"adjustable": capable of being changed during operation [Claim 1]

### The '936 Patent

"associated control channel": a signaling channel assigned to a traffic channel for transmitting and receiving call-control and user information [Claim 1]

"link access control (LAC) hierarchy": a component between the 'hierarchy 3' and the 'MAC hierarchy' located within either a particular base station or particular mobile station [Claims 1, 2, and 3]

|STATEMENT|
|---|

"hierarchy 3 of a control plane or a user plane": a component above the 'LAC hierarchy' located within either a particular base station or particular mobile station [Claims 1, 2, and 3]

"medium access control (MAC) hierarchy": a component between the 'LAC hierarchy' and the 'physical hierarchy' located within either a particular base station or particular mobile station [Claims 1, 2, and 3]

**The '113 Patent**

"physical associated control channel": a physical signaling channel assigned to a traffic channel for transmitting and receiving call-control and user information [Claims 1 and 2]

"users": multiple persons or external devices [Claims 1 and 2]

"in order that a number of users can request communication service simultaneously through the mobile station": so that multiple persons or external devices can each use the same mobile station at the same time to request independent voice or data communications with the base station [Claims 1 and 2]

"link setting flag": an indicator used for identifying whether a communication link is set [Claims 1 and 2]

"hierarchy 2": a component between the 'hierarchy 3' and the 'physical hierarchy' located within either a particular base station or particular mobile station [Claim 2]

"hierarchy 3": a component above the 'LAC hierarchy' located within either a particular base station or particular mobile station [Claim 2]