IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MSTG, INC., <br><br> Plaintiff, <br><br> v. <br><br> AT&T MOBILITY LLC, <br><br> Defendant. | Case No. 08 C 7411 <br><br> Honorable Edmond E. Chang <br> Magistrate Judge Ashman |

**MSTG, INC.'S FED. R. CIV.P. 72 MOTION TO SET ASIDE**
**MAGISTRATE JUDGE MARTIN ASHMAN'S ORDER DATED MARCH 8, 2011**
**ON THE PRODUCTION OF SETTLEMENT NEGOTIATIONS**

Plaintiff MSTG, Inc. ("MSTG") hereby moves to set aside the March 8, 2011 Order issued by Magistrate Judge Martin Ashman (the "Reconsideration Order") requiring MSTG to produce underlying correspondence and documents regarding litigation-induced settlement and license agreements in accordance with Fed. R. Civ. P. 72(a) ("The district judge in the case must consider timely objections and modify or set aside any part of the order this is clearly erroneous or is contrary to law."). MSTG respectfully objects to the Reconsideration Order on the basis that *ResQNet.com, Inc. v. Lansa, Inc.*, 594 F.3d 860 (Fed. Cir. 2010) requires no such measure and that the Order is contrary to law, clearly erroneous and must be set aside. Specifically, the ruling by Magistrate Judge Ashman is at odds with (1) the Federal Circuit precedent protecting settlement negotiations, see *Advanced Cardiovascular Systems, Inc. v. Medtronic, Inc.*, 265 F.3d 1294, 1308 (Fed. Cir. 2001); (2) the Federal Circuit precedent governing hypothetical negotiations finding inapposite agreements to the patents in suit irrelevant, see *ResQNet* and *Wordtech Systems, Inc. v. Integrated Networks Solutions, Inc.*, 609 F.3d 1308 (Fed. Cir. 2010); and (3) the Supreme Court and Federal Circuit authority requiring that an expert sufficiently tie his testimony to the facts of the case, see, e.g., *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S.

- 2 -

579 (1993) and *Uniloc USA, Inc. v. Microsoft Corp.*, --- F.3d ----, 2011 U.S. App. LEXIS 11 (Fed. Cir. Jan. 4, 2011).

                                                 Respectfully submitted,

                                                 /s/Dina M. Hayes
Raymond P. Niro (rniro@nshn.com)
Christopher J. Lee (clee@nshn.com)
Dina M. Hayes (hayes@nshn.com)
David J. Mahalek (mahalek@nshn.com)
Robert A. Conley (rconley@nshn.com)
Joseph A. Culig (culig@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Attorneys for MSTG, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2011, the foregoing
**MSTG, INC.'S FED. R. CIV.P. 72 MOTION TO SET ASIDE
MAGISTRATE JUDGE MARTIN ASHMAN'S ORDER DATED MARCH 8, 2011**

**ON THE PRODUCTION OF SETTLEMENT NEGOTIATIONS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.  I certify that all parties in this case are represented by counsel who are CM/ECF participants.

| | |
|---|---|
| David T. Pritikin (dpritikin@sidley.com) | James F. Figliulo (jfigliulo@fslegal.com) |
| Douglas I. Lewis (dilewis@sidley.com) | Stephanie D. Jones (sjones@fslegal.com) |
| Nabeel U. Khan (nkhan@sidley.com) | Figliulo & Silverman, P.C. |
| Lisa A. Schneider (lschneider @sidley.com) | 10 South LaSalle Street |
| Benedict F. Frey (bfrey@sidley.com) | Suite 3600 |
| Sidley Austin LLP | Chicago, IL  60603 |
| One South Dearborn Street | Telephone:  312-251-5281 |
| Chicago, IL  60603 | Facsimile:  312-251-4610 |
| Telephone:  312-853-7000 | |
| Fax:  312-853-7036 | |
| | *Attorneys for AT&T Mobility, LLC* |
| *Attorneys for AT&T Mobility, LLC* | |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

        /s/Dina M. Hayes
Attorneys for MSTG, Inc.
NIRO, HALLER & NIRO